Christopher McCrae, Pro Se
5 River Bend
Oceanport, NJ 07757

(732) 923 9394
Fax (732) 923 0547



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**RECEIVED**

**APR 1 2 2004**

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Timothy J McIlwain, Plaintiff

v.

OUTTASK, INC., a Delaware Corporation, OPENHIRE, INC., a Delaware Corporation, JOHN PERELESS, COURTNEY PERELESS, THOMAS DePASQUALE, CHRIS MCCRAE, PATRICK PALMIERI, GIORDANA, HALLERAN & CIESLA, PC., JAY S. BECKER, ESQ., MICHAEL A. BRUNO, ESQ., STEPHEN D. BIRD ESQ., PAUL T. COLELLA, ESQ., and JOHN DOES 1 through 100,
            Defendants.

Civil Action No. 04-258(MLC)

## ANSWER

Comes the Defendant, Chris McCrae, and for his answer to the Complaint filed herein against him states as follows:

## PARTIES

2.  This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

3.  This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

4.  This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

5.  This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

6.  This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

7.  Defendant specifically denies the allegations contained in paragraph seven of the Complaint filed herein against him.

8. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

9. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

10. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

11. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

12. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

13. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

14. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

15. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

16. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

17. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

18. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

19. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

20. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

21. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

22. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

23. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

24. Defendant specifically denies the allegations contained in paragraph twenty four of the Complaint filed herein against him.

25. Defendant specifically denies the allegations contained in paragraph twenty five of the Complaint filed herein against him.

26. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

## JURISDICTION AND VENUE

27. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

28. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

## GENERAL FACTUAL ALLEGATIONS

29. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

30. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

31. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

32. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

33. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

34. Defendant specifically denies the allegations contained in paragraph thirty four of the Complaint filed herein against him.

35. Defendant specifically denies the allegations contained in paragraph thirty five of the Complaint filed herein against him.

36. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

37. Defendant specifically denies the allegations contained in paragraph thirty seven of the Complaint filed herein against him.

38. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

39. Defendant specifically denies the allegations contained in paragraph thirty nine of the Complaint filed herein against him.

40. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

41. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

42. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

43. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

44. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

45. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

46. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

47. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

48. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

49. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

50. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

51. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

52. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

53. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

54. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

55. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

56. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

57. Defendant specifically denies the allegations contained in paragraph fifty seven of the Complaint filed herein against him.

58. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

59. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

60. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

61. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

## FIRST CAUSE OF ACTION

62. Defendant repeats and reiterates each and every response to the allegations contained in the Parties and General Factual Allegations as if set forth at length herein.

63. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

64. Defendant specifically denies the allegations contained in paragraph sixty four of the Complaint filed herein against him.

65. Defendant specifically denies the allegations contained in paragraph sixty five of the Complaint filed herein against him.

66. Defendant specifically denies the allegations contained in paragraph sixty six of the Complaint filed herein against him.

67. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

68. Defendant specifically denies the allegations contained in paragraph sixty eight of the Complaint filed herein against him.

69. Defendant specifically denies the allegations contained in paragraph sixty nine of the Complaint filed herein against him.

70. Defendant specifically denies the allegations contained in paragraph seventy of the Complaint filed herein against him.

71. Defendant specifically denies the allegations contained in paragraph seventy one of the Complaint filed herein against him.

72. Defendant specifically denies the allegations contained in paragraph seventy two of the Complaint filed herein against him.

73. Defendant specifically denies the allegations contained in paragraph seventy three of the Complaint filed herein against him.

## SECOND CAUSE OF ACTION

74. Defendant repeats and reiterates each and every response to the allegations contained in the Parties, General Factual Allegations, and First Cause of Action as if set forth at length herein.

75. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

76. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

77. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

78. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

79. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

80. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

81. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

82. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

83. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

84. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

85. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

86. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

87. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

88. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

## THIRD CAUSE OF ACTION

89. Defendant repeats and reiterates each and every response to the allegations contained in the Parties, General Factual Allegations, and Cause of Actions 1 and 2 as if set forth at length herein.

90. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

91. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

92. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

93. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

### FOURTH CAUSE OF ACTION

94. Defendant repeats and reiterates each and every response to the allegations contained in the Parties, General Factual Allegations, and Cause of Actions 1-3 as if set forth at length herein.

95. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

96. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

97. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

98. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

99. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

100. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

101. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

### FIFTH CAUSE OF ACTION

102. Defendant repeats and reiterates each and every response to the allegations contained in the Parties, General Factual Allegations, and Cause of Actions 1-4 as if set forth at length herein.

103. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

104. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

105. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

106. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

107. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

108. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

### SIXTH CAUSE OF ACTION

109. Defendant repeats and reiterates each and every response to the allegations contained in the Parties, General Factual Allegations, and Cause of Actions 1-5 as if set forth at length herein.

110. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

111. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

112. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

113. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

114. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

115. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

116. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

### SEVENTH CAUSE OF ACTION

117. Defendant repeats and reiterates each and every response to the allegations contained in the Parties, General Factual Allegations, and Cause of Actions 1-6 as if set forth at length herein.

118. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

119. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

120.  This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

### EIGHTH CAUSE OF ACTION

121. Defendant repeats and reiterates each and every response to the allegations contained in the Parties, General Factual Allegations, and Cause of Actions 1-7 as if set forth at length herein.

122. Defendant specifically denies the allegations contained in paragraph one hundred and twenty-two of the Complaint filed herein against him.

123. Defendant specifically denies the allegations contained in paragraph one hundred and twenty-three of the Complaint filed herein against him.

### NINTH CAUSE OF ACTION

124. Defendant repeats and reiterates each and every response to the allegations contained in the Parties, General Factual Allegations, and Cause of Actions 1-8 as if set forth at length herein.

125. Defendant specifically denies the allegations contained in paragraph one hundred and twenty-five of the Complaint filed herein against him.

126. Defendant specifically denies the allegations contained in paragraph one hundred and twenty-six of the Complaint filed herein against him.

127. Defendant specifically denies the allegations contained in paragraph one hundred and twenty-seven of the Complaint filed herein against him.

128. Defendant specifically denies the allegations contained in paragraph one hundred and twenty-eight of the Complaint filed herein against him.

### TENTH CAUSE OF ACTION

129. Defendant repeats and reiterates each and every response to the allegations contained in the Parties, General Factual Allegations, and Cause of Actions 1-9 as if set forth at length herein.

130.  This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

131.  This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

132.  This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

### ELEVENTH CAUSE OF ACTION

133. Defendant repeats and reiterates each and every response to the allegations contained in the Parties, General Factual Allegations, and Cause of Actions 1-10 as if set forth at length herein.

134. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

135. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

136. This Defendant has insufficient knowledge upon which to form a belief as to the truth of this allegation and thus does not either admit or deny same.

### TWELFTH CAUSE OF ACTION

137. Defendant repeats and reiterates each and every response to the allegations contained in the Parties, General Factual Allegations, and Cause of Actions 1-11 as if set forth at length herein.

138. Defendant specifically denies the allegations contained in paragraph one hundred and thirty-eight of the Complaint filed herein against him.

139. Defendant specifically denies the allegations contained in paragraph one hundred and thirty-nine of the Complaint filed herein against him.

### THIRTEENTH CAUSE OF ACTION

140. Defendant repeats and reiterates each and every response to the allegations contained in the Parties, General Factual Allegations, and Cause of Actions 1-12 as if set forth at length herein.

141. Defendant specifically denies the allegations contained in paragraph one hundred and forty-one of the Complaint filed herein against him.

142. Defendant specifically denies the allegations contained in paragraph one hundred and forty-two of the Complaint filed herein against him.

**WHEREFORE**, Defendant demands judgement dismissing the complaint, awarding counsel fees and cost of suit.

# DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendant had no contract with Plaintiff, and had no contractual obligation, oral or written, express or implied, with Plaintiff to be liable for any damages or breach of contract between Plaintiff and other Defendants.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's contributory negligence and/or willful and wanton misconduct was the sole or substantial cause of its damages.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by the actions of the Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by waiver.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff fails to state a cause of action for which relief can be granted as a matter of law against this defendant.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's complaint is barred by the doctrine of estoppel.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims resulted from acts or omissions of third parties over whom this Defendant had no control and/or to whom this Defendant gave no authority or agency.

### EIGHTH AFFIRMATIVE DEFENSE

Defendant committed no wrong.

### NINTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the Statute of Limitations.

### TENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the Statute of Frauds.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' complaint is barred for failure of consideration.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the doctrine of unjust enrichment, as Plaintiff seek reimbursement for services not performed, or performed negligently.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of unclean hands.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' complaint is barred by illegality.

### FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' complaint is barred by the doctrine of laches.

### SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiffs are barred from recovery as a matter of law because the claim was not made and perfected in a manner provided and required by law, statute, rule regulation, or contract upon which it is predicated, nor within time period so provided and required therein.

### SEVENTEENTH AFFIRMATIVE DEFENSE

There was no privity between this defendants and plaintiff.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Defendant reserves the right to plead additional defenses and/or causes of action which may be discerned as discovery progresses.

### NINETEENTH AFFIRMATIVE DEFENSE

Plaintiff was paid for services not performed or performed improperly.

### TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by fraud.

### TWENTY FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctorine of unjust enrichment.

## TWENTY SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the Entire Controversy Doctorine and the Doctorines of Res Judicata and Collateral Estoppel.

## TWENTY THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by payment and/or release.

## TWENTY FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by compromise and/or settlement.

## TWENTY FIFTH AFFIRMATIVE DEFENSE

The underlying suit is frivolous within the meaning of New Jersey's Frivolous Suit Statute, N.J.S.A.2A:15-59.1

## TWENTY SIXTH AFFIRMATIVE DEFENSE

This Defendant has no personal liability.

## TWENTY SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's complaint is barred by Principles of Agency.

## RESERVATION OF DEFENSES AND OBJECTIONS

This defendant reserves the right to interpose such other defenses and objections as a continuing investigation may disclose.

## DEMAND FOR SPECIFICATION OF DAMAGES

This defendant hereby demands that the plaintiff submit written specifications of damages within five (5) days.

## ANSWER TO CROSSCLAIMS

This answering Defendant denies any crossclaims asserted by any other parties to this action. All separate defenses raised to the Plaintiff's claim are reiterated herein.

## CROSSCLAIM FOR CONTRIBUTION

Defendant, Christopher McCrae, demands contribution from co-defendants, OUTTASK, INC., a Delaware Corporation, OPENHIRE, INC., a Delaware Corporation, JOHN PERELESS, COURTNEY PERELESS, THOMAS DePASQUALE, PATRICK PALMIERI, GIORDANA, HALLERAN & CIESLA, PC., JAY S. BECKER, ESQ., MICHAEL A. BRUNO, ESQ., STEPHEN D. BIRD ESQ., PAUL T. COLELLA, ESQ., and JOHN DOES 1 through 100, under the provisions of the New Jersey Joint Tortfeasors Contribution Act N.J.S.A. 2A:53A-1 et seq. and the Comparative Negligence Act N.J.S.A. 2A:15-1 et seq.

## CROSSCLAIM FOR CONTRACTUAL INDEMNIFICATION

Third Party Defendant, Christopher McCrae, by way of Crossclaim against co-Defendants, OUTTASK, INC., a Delaware Corporation, OPENHIRE, INC., a Delaware Corporation, JOHN PERELESS, COURTNEY PERELESS, THOMAS DePASQUALE, PATRICK PALMIERI, GIORDANA, HALLERAN & CIESLA, PC., JAY S. BECKER, ESQ., MICHAEL A. BRUNO, ESQ., STEPHEN D. BIRD ESQ., PAUL T. COLELLA, ESQ., and JOHN DOES says:

1. Defendant, Christopher McCrae, asserts that the damages claimed to have been sustained by the Plaintiff as alleged in the Complaint which are expressly denied, were due and proximately caused by the negligence, carelessness, wanton and willful misconduct, breach of express or implied warranties, wrongful conduct and fall to the aforementioned Co-Defendants in their actions or the actions of their agents, servants and/or employees.

2. In the event of any judgment and/or verdict being recovered against this Defendant herein, it is expressly asserted that this Defendant is entitled to be held harmless and/or indemnify by the party or parties against whom this claim is asserted.

**WHEREFORE**, Defendant, Christopher McCrae, demands judgment for Contractual Indemnification against Defendants, OUTTASK, INC., a Delaware Corporation, OPENHIRE, INC., a Delaware Corporation, JOHN PERELESS, COURTEY PERELESS, THOMAS DePASQUALE, PATRICK PALMIERI, GIORDANA, HALLERAN & CIESLA, PC., JAY S. BECKER, ESQ., MICHAEL A. BRUNO, ESQ., STEPHEN D. BIRD ESQ., PAUL T. COLELLA, ESQ., and JOHN DOES 1 through 100, jointly, severally and/or in the alternative, plus interest and cost of suit.

## CROSSCLAIM FOR COMMON LAW INDEMNIFICATION

While Defendant, Christopher McCrae, denies any negligence, wrongdoing, or legal duty in this case, in the event this Defendant is adjudged responsible, such liability would be solely vicarious, imputed, secondary or technical, wholly the negligence of other defendants and said other defendants, OUTTASK, INC., a Delaware Corporation, OPENHIRE, INC., a Delaware Corporation, JOHN PERELESS, COURTNEY PERELESS, THOMAS DePASQUALE, PATRICK PALMIERI, GIORDANA, HALLERAN & CIESLA, PC., JAY S. BECKER, ESQ., MICHAEL A. BRUNO, ESQ., STEPHEN D. BIRD ESQ., PAUL T. COLELLA, ESQ., and JOHN DOES 1 through 100, would be the active and primary basis for the Plaintiffs' injuries and damages.

**WHEREFORE**, Defendant, Christopher McCrae, demands judgment for Common Law Indemnification against Defendants, OUTTASK, INC., a Delaware Corporation, OPENHIRE, INC., a Delaware Corporation, JOHN PERELESS, COURTNEY PERELESS, THOMAS DePASQUALE, PATRICK PALMIERI, GIORDANA, HALLERAN & CIESLA, PC., JAY S. BECKER, ESQ., MICHAEL A.

BRUNO, ESQ., STEPHEN D. BIRD ESQ., PAUL T. COLELLA, ESQ., and JOHN DOES 1 through 100, jointly, severally and/or in the alternative, plus interest and cost of suit.

## JURY DEMAND

Third Party Defendant hereby demands trial by jury on all issues

Dated: April 8, 2004                BY: _____
                                         Christopher McCrae, Pro Se.

## DESIGNATION OF TRIAL COUNSEL

Christopher McCrae, Pro Se, is hereby designated as Trial Counsel of this matter.

Dated: April 8, 2004                BY: _____
                                         Christopher McCrae, Pro Se.

## CERTIFICATION

It is hereby stated that the matter in controversy is not the subject of any other action pending in any other Court or of a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my belief, no other action or arbitration proceeding is contemplated.

Dated: April 8, 2004                BY: _____
                                         Christopher McCrae, Pro Se.

Christopher McCrae, Pro Se
5 River Bend
Oceanport, NJ 07757

(732) 923 9394

### CERTIFICATE OF SERVICE

I hereby certify that the original and 1 copy of the within pleading was mailed today via overnight mail to the Clerk of US District Court and also I have caused to be served a true copy of same to Keith A. McKenna (McKenna, Mulcahy & McKenna, LLP), 96 Park Street, Montclair, NJ 07042 with the foregoing Answer by placing same in the U. S. Mail with sufficient postage attached and by facsimile.

